

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-18-00375-CR

Gregorio **BARRERA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9166
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. We ORDER that appellant file his brief on or before January 28, 2019. No further extensions will be granted absent extenuating circumstances.

It is so **ORDERED** on January 7, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court